WEINBERG, ROGER & ROSENFELD

Ashley K. Ikeda  2955-0
Lori K. Aquino   3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.: (808) 528-8880
Facsimile No.: (808) 528-8881
aikeda@unioncounsel.net
laquino@unioncounsel.net

Attorneys for Plaintiffs
**TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **OPERATING ENGINEERS' TRUST FUNDS** (Pension Trust Fund and Pensioned Health and Welfare Trust Fund by its Trustees, Ken Walters, Robert Clark, Gil Crosthwaite, Robert Doud, Thomas Holsman, Edwin Hulihee, Richard Piombo, Leo Ruth, Rene J. Vercruyssen, Don Doser, John Bonilla, Pete Cox, Harold K. Lewis, T. Robert Miller, Max Spurgeon, Tom Stapleton, Frank Herrera and Robert Wise; Hawaii Health and Welfare Trust Fund for Operating Engineers by its Trustees, Lance Inouye, Rodney Nohara, Kathleen Thurston, Don Doser, John Bonilla and Harold K. Lewis; Hawaii Operating Engineers Annuity Trust Fund by its Trustees, David C. Hulihee, Glenn Nohara, Stanley Osada, Don Doser, John Bonilla and | CIVIL NO. 01-00744 ACK KSC<br><br>SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS PROPAC HAWAII, INC., a Hawaii corporation, and KEVIN J. Y. UNEMORI, individually |

| | |
|---|---|
| Harold K. Lewis; Operating Engineers and Participating Employers Pre-Apprentice, Apprentice and Journeyman Affirmative Action Training Fund for Hawaii by its Trustees, Edwin Hulihee, Gilbert Ho, Stanley Osada, Don Doser, John Bonilla and Harold K. Lewis; Hawaii Industry Stabilization Trust Fund by its Trustees, Wilfred Nakakura, Alvin Kobayashi, Marvin Koga, Ronald Oshiro, Don Doser, John Bonilla, Harold K. Lewis and Max Spurgeon; Operating Engineers' Vacation and Holiday Pay Plan by and under its Fund Manager, Associated Third Party Administrator), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| PROPAC HAWAII, INC., a Hawaii corporation, and KEVIN J. Y. UNEMORI, individually, | ) ) ) ) |
| Defendants. | ) ) |

## SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS PROPAC HAWAII, INC., a Hawaii corporation, and KEVIN J. Y. UNEMORI, individually

Come now Plaintiffs TRUSTEES OF THE OPERATING

ENGINEERS' TRUST FUNDS, by and through their attorneys, WEINBERG,

ROGER & ROSENELD, and hereby release the Default Judgment Against

Defendants Propac Hawaii, Inc., a Hawaii corporation, and Kevin J. Y. Unemori,

individually, entered herein on November 8, 2002, and recorded in the Bureau of Conveyances, State of Hawaii on November 14, 2002 as Document No. 2002-203010.

This Satisfaction Of Default Judgment affects and discharges the Default Judgment entered herein on November 8, 2002, and recorded in the Bureau of Conveyances, State of Hawaii on November 14, 2002 as Document No. 2002-203010.

DATED: Honolulu, Hawaii, January 9, 2007.

APPROVED AND SO ORDERED:

WEINBERG, ROGER & ROSENFELD

By _____
UNITED STATES MAGISTRATE JUDGE

ASHLEY K. IKEDA
LORI K. AQUINO
Attorneys for Plaintiffs
TRUSTEES OF THE OPERATING ENGINEERS' TRUST FUNDS

---

OPERATING ENGINEERS' TRUST FUNDS, ETC., Plaintiffs, vs. PROPAC HAWAII, INC., a Hawaii corporation; and KEVIN J. Y. UNEMORI, individually, Defendants, U.S.D.C., D. Haw., Civ. No. 01-00744 ACK KSC; SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS PROPAC HAWAII, INC., a Hawaii corporation, and KEVIN J.Y. UNEMORI, individually